UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNY JOSE MEDINA ALVAREZ,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No.  1:26-cv-01293-DC-CKD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 16, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within seven days. Respondents filed objections to the findings and recommendations, stating that "[f]or the reasons set for the in Respondents' February 19, 2026 briefing, ECF No. 10, Respondents object to the Findings and Recommendation." (ECF No. 16). However, Respondents' arguments were addressed by the magistrate judge in this case and were already rejected by this court. See Medina Alvarez v. Chestnut, et al., No. 1:26-cv-01293-DC-CKD, 2026 WL 604195 (E.D. Cal. Mar. 4, 2026). Thus, Respondent's objections do not provide a basis upon which to reject the findings and recommendations. Petitioner also filed

1

objections requesting that this court clarify that the "final judgment incorporates the Court's finding in the preliminary injunction order that the Petitioner is entitled to relief on both statutory and constitutional bases," which the court has done in the order clause.  (ECF No. 17 at 2.)

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 15) are ADOPTED with the clarification that petitioner is entitled to relief on both statutory and constitutional bases.

2.  Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 is GRANTED.

3.  The full preliminary injunctive relief (ECF No. 14) previously granted is made permanent as follows:

a. Petitioner shall not be re-detained due to his immigration status until the 2025 Extension expires or Petitioner is no longer eligible for TPS pursuant to the TPS statute;

b. If the government seeks to re-detain Petitioner after Petitioner no longer has TPS, it must provide no less than seven (7) days' notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter, at which Petitioner's eligibility for bond must be considered; and

4.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 26, 2026**

_____
Dena Coggins
United States District Judge

2